IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA )
    Plaintiff )
)   No. 2:09CR20059-001
v. )
)
)
JUAN AMADOR-VILLANUEVA )
    Defendant )

## FINAL ORDER OF FORFEITURE

On October 27, 2009, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 982 and Federal Rules of Criminal Procedure Rule 32.2(b), based upon the defendant's guilty plea to Counts One and Two of the Information.

On November 18, 2009, through December 17, 2009, the United States published on an official government internet site (forfeiture.gov) for at least 30 days its Notice of Forfeiture Action, as required by law, and on March 15, 2010, the United States filed its Proof of Publication of said notice. The notice notified all third parties of their rights to petition the Court within thirty (30) days of the publication for a hearing to adjudicate the validity of their alleged legal interest in the properties subject to foreclosure.

On November 27, 2009, Gonzales County, Texas filed a claim in the parallel civil forfeiture action that had been filed by the United States in this Court, Civil Number 09-2116, for property taxes owed on the property known as "Tract Four," or 7341 U.S. Highway 183 North, Gonzales County, Texas, legally described as 1.18 acres of land, more or less, a part of the Adam Zumwalt League, Abstract No. 84. See Attachment "A". The United States has chosen to seek criminal

forfeiture of the subject property, and the attorney for the United States has asked this Court to acknowledge Gonzales County's claim in the civil action, and asks that its claim of ad valorem taxes in the amount of $1,039.15 for the subject property be recognized in this order.

More than thirty (30) days have passed since the final publication of notice and no additional third-party petitions have been filed other than those noted above.

Accordingly, it is hereby ORDERED, DECREED AND ADJUDGED:

1. That based upon the guilty plea of the defendant Juan Amador-Villaneuva to Conspiracy to Harbor Illegal Aliens and Money Laundering by Reason of Aiding and Abetting, the agreement of the parties, and the reasons stated at bar, the Court finds that the following personal property described as:

   a. Thirty-three thousand, six hundred and two dollars and sixty-six cents ($33,602.66) in U. S. currency seized from First Community Bank of Batesville Account # 25XXXX;

   b. Seventy-eight thousand, eight hundred and thirty dollars and thirty-eight cents ($78,830.38) in U. S. currency seized from Bank of America Account # 00416105XXXX;

   c. Forty-six thousand, two hundred and two dollars and thirty-six cents ($46,202.36) in U. S. currency seized from Bank of America Account # 48700074XXXX;

   d. Sixty-nine thousand, four hundred and seventy-four dollars and seven cents ($69,474.07) in U. S. currency seized from Simmons First Bank Account # 574XXXX;

   e. Fifty-seven thousand, five hundred and twenty-six dollars and thirty cents ($57,526.30) in U. S. currency seized from Simmons First Bank Account # 514XXXX;

   f. Forty-one thousand, nine hundred and eleven dollars and ninety-six cents ($41,911.96) in U. S. currency seized from First National Banking Company Bank Account # 125XXXX;

   g. Nine thousand, nine hundred and five dollars and ninety cents

($9,905.90) in U. S. currency seized from First National Banking Company Bank Account # 1005XXXX;

h. Thirty-seven thousand, seven hundred forty-six dollars and fifty-six cents ($37,746.56) in U. S. currency seized from OK Industries;

i. Nineteen thousand, nine hundred thirteen dollars and forty-one cents ($19,913.41) in U. S. currency seized from OK Industries;

j. Fourteen thousand, four hundred thirty dollars and seventy-two cents ($14,430.72) in U. S. currency seized from Pilgrim's Pride;

k. Fourteen thousand, three hundred seventeen dollars and twelve cents ($14,317.12) in U. S. currency seized from Pilgrim's Pride;

l. One hundred forty-four thousand, thirty-six dollars and seventy-two cents ($144,036.72) in U. S. currency seized from Foster Farms;

m. Fifty-two thousand, nine hundred ninety-six dollars and ninety-two cents ($52,996.92) in U. S. currency seized from Tyson;

n. Five Moffett Forklifts, Model M5000 LP, VIN's B49043, F020369, C13033, G500109, B06033;

o. One Bright Forklift, Model BT350P, VIN 106007M4;

p. One 2009 Ford 3500 Van, V-8, Silver in color, VIN 1FBNE31L89DA22436;

q. One 2009 Chevrolet Suburban, VIN 1GNFK36319R248099;

r. One 2005 Ford Expedition, VIN 1FMFU18575LA42252;

s. One 2009 Bad Boy MTV, VIN 4BBS216ELO010910002;

t. One 2009 Ponderosa Trailer, VIN 4D4PB10279C0;

u. One 2000 Mack Semi-truck, CH6, VIN

     1M1AA13Y8YW115978;

v. One 2005 International Semi-truck, 860, VIN 1HSHXARH55J036900;

w: All real estate, together with buildings, appurtenances, improvements, fixtures, attachments and easements, on the following tracts of real estate:

  **Tract One:** Premises known as 1330 Sharp Chapel Road, Alma, Arkansas, with the following legal description:

  Part of the Southwest quarter northwest quarter of Section 11, Township 9 North, Range 30 West, Crawford County, Arkansas, more particularly described as follows: Beginning at the Southwest corner of said Southwest quarter Northwest quarter; Thence north 00 degrees 23 minutes east, along the West line of said forty, 348.5 feet to the point of beginning; thence continue North 00 degrees 23 minutes East, along said West line 304.8 feet; thence South 89 degree 44 minutes East 375.00 feet; thence South 00 degreees 23 minutes West 304.8 feet; thence North 89 degrees 44 West 375.00 feet to the point of beginning containing 2.62 acres more or less. Subject to existing county road rights of way.

  **Tract Two:** Premises known as 2504 Highway 64 East, Clarksville, Arkansas, with the following legal description:

  Part of the Northeast Quarter of the Southeast Quarter of Section 3, Township 9 North, Range 23 West, in the City of Lamar, in Johnson County, Arkansas, being more particularly described as follows: Commencing at a found set stone for the NE Corner of said NE ¼ SE/4; thence along the East line thereof, South 01 degree 12 minutes 45 seconds West, 527.35 feet to a point on the approximate North right of way line of Highway #64; thence along said right of way line, North 46 degrees 56 minutes 06 seconds West, 395.51 feet to the True Point of Beginning and from which pint a set iron pin bears North 68 degrees 22 minutes 13 seconds East, 0.68 feet; thence continue North 46 degrees 56 minutes 06 seconds West, 70.99 feet to a set iron pin; thence leaving the right of way, North 68 degrees 20 minutes 20 seconds East, 170.57 feet to a set iron pin; thence South 21 degrees 38 minutes 35 seconds East, 64.27 feet to a set iron pin; thence South 68 degrees 22 minutes 13 seconds West, 140.24 feet to the Point of Beginning.

**Tract Three:** Premises known as 1009 West Main Street, Atkins, Arkansas, with the following legal description:

The West Half (W ½) of the following described property: Part of the Southwest Quarter of the Northeast Quarter (SW ¼ NE ¼) of Section Nineteen (19), Township Seven (7) North, Range Eighteen (18) West, Pope County, Arkansas, described as follows: Beginning at a point 438.6 feet West and 88 feet South of the Northeast corner of said SW ¼ of the NE ¼ of Section 19, run thence in a Northwesterly direction along the South line of Highway 64 as now located 250 feet; Thence directly South to the North line to the Missouri Pacific Railroad right of way; Thence East to a point on the said railroad right of way directly South of the Point of Beginning; Thence North 240 feet, more or less, to the Point of Beginning.

**Tract Four:** Premises known as 7341 US Highway 183 North, Gonzales, Texas, with all appurtenances and improvements thereon, more particularly described as follows:

Being all that certain lot or parcel of land, lying and being situated in Gonzales County, Texas, being 1.18 acres of land, more or less, a part of the Adam Zumwalt League, Abstract No. 84, and being more particularly described in the Gonzales County, Texas land records by Warranty Deed filed of record in Vol. 1001, pages 366-370.

20. The government agrees to release any claims towards the following real property, including any lis pendens filed in relation to this matter, to be returned to the defendant, or his assign upon satisfaction of the forfeiture of the items listed in this agreement:

The premises known as 161 Kyler Road, Batesville, Arkansas, with the following legal description:

Part of the Northwest Quarter of the Northeast Quarter of Section 15, Township 12 North, Range 6 West, Independence County, Arkansas, described thus: commencing at the North Quarter Section corner of Section 15: thence South 00 degree 48 minutes 15 seconds West, 1466.89 feet to the center of Kyler Creek; thence North 01 degree 13 minutes 03 seconds East, 76.05 feet; thence North 00 degrees 45 minutes 03 seconds East, 524.06 feet to the Point of Beginning; thence

> South 88 degrees 04 minutes 36 seconds East, 496.65 feet to the West side of Flintstone Lane; thence North 01 degree 16 minutes 48 seconds East, 249.82 feet along West side of Flintstone Lane to a wire fence and the South side of Kyler Road; thence along South side of Kyler Road; North 84 degrees 45 minutes 52 seconds West, 412.12 feet; North 83 degrees 17 minutes 28 seconds West, 76.65 feet; thence along wire fence South 37 degrees 06 minutes 01 seconds West, 10.62 feet; South 01 degree 54 minutes 20 seconds West, 271.33 feet to the Point of Beginning, containing 3.0 acres, more or less.

are hereby forfeited to the United States of America, and shall be disposed of according to law.

2. The claim of Gonzales County, Texas, is hereby recognized by the Court, and shall be paid from the proceeds of the sale of "Tract Four," the defendant property. Gonzales County's interest in the real property is calculated at $1,039.15 as of July 17, 2010. Interest will continue to accrue under the lien from that date.

3. That upon sale of the real property, the order of disbursements shall be in the following order:

   a. The United States' costs associated with the sale of the real property;

   b. Satisfaction of Gonzales County, Texas' interest;

   c. Any balance is hereby forfeited to the United States.

IT IS SO ORDERED this 16th day of July, 2010.

_____
HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

NOV 27 2009

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

**UNITED STATES OF AMERICA,**
**Plaintiff,**

vs.

523 SHARP CHAPEL ROAD, ALMA.
ARKANSAS, WITH ALL APPURTENANCES
AND IMPROVEMENTS THEREIN;

1330 SHARP CHAPEL ROAD, ALMA.
ARKANSAS, WITH ALL APPURTENANCES
AND IMPROVEMENTS THEREIN;

2504 HIGHWAY 64 EAST, LAMAR,
ARKANSAS, WITH ALL APPURTENANCES
AND IMPROVEMENTS THEREIN;

1009 WEST MAIN STREET, ATKINS,
ARKANSAS, WITH ALL APPURTENANCES
AND IMPROVEMENTS THEREIN;

161 KYLER ROAD, BATESVILLE,
ARKANSAS, WITH ALL APPURTENANCES
AND IMPROVEMENTS THEREIN;

And

7341 US HIGHWAY 183 NORTH, GONZALES,
TEXAS, WITH ANN APPURTENANCES
AND IMPROVEMENTS THEREIN,
**Defendants**

CIVIL NO. 09-2116

## CLAIM OF GONZALES COUNTY, TEXAS

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Now comes Gonzales County, Texas, on behalf of itself and the following additional units of local government for which it collects ad valorem taxes pursuant to interlocal cooperation agreements for tax assessment and collection made under the authority granted by TEX.TAX CODE

1

ANN. §§6.23, 6.24, and 6.30, TEX.EDUC.CODE ANN. §23.93 and Chapter 791, TEX.GOV'T.CODE ANN.:

 a. Gonzales Independent School District,

 b. Gonzales County Emergency Services District #1,

 c. Gonzales County Fire District,

 d. Gonzales County Underground Water Control District, and

 e. Gonzales County Healthcare System, (hereinafter collectively referred to as "Claimants"), in order to assert a claim against the tract of real property identified as 7341 U.S. Highway 183 North, Gonzales County, Texas, which is a defendant in this action.

 1. Claimants are units of local government of the State of Texas.

 2. This claim is filed by the undersigned attorney as the agent for the Claimants and he is duly authorized to assert this claim on their behalf by virtue of a contract between his law firm and the Claimants for the collection of delinquent ad valorem taxes made pursuant to TEX.TAX CODE ANN. §6.30(c).

 3. The tract of property which is the subject of this action and on which this Claim is filed is known as 7341 U.S. Highway 183 North, Gonzales County, Texas; is legally described as 1.18 acres of land, more or less, a part of the Adam Zumwalt League, Abstract No. 84, and by account #3540 and ID #R11697 on the Claimants' Tax Rolls. The Claimants have levied ad valorem taxes on the above-described property for 2009 in the amount of $1,039.15 which are due and unpaid.

 4. Pursuant to TEX.TAX CODE §§32.01 and 32.05 prior and superior liens exist to secure payment of the ad valorem taxes assessed on the above-described property, and to secure payment of all penalties and interest which may hereafter accrue on those taxes until paid.

5. All of the above taxes were authorized by law and were legally levied and assessed against the above-described property and the record owner of it. Any offsets and credits existing against the amounts due have been allowed.

6. The Claimants were legally constituted and authorized to levy, assess, and collect ad valorem taxes on the above-described property.

7. Claimants reserve the right to amend this claim.

WHEREFORE, Claimants pray that their claims against the above-described property be allowed and that they receive such further relief as the court deems just and proper.

Respectfully submitted,

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
P.O. Box 17428
Austin, Texas 78760
(512) 447-6675
Telefax No. (512) 443-3494
kentr@publicans.com

By: _____
KENT M. RIDER
Texas State Bar No. 16896000

ATTORNEY FOR CLAIMANTS

STATE OF TEXAS §

COUNTY OF TRAVIS §

BEFORE ME, the undersigned authority, on this day personally appeared Kent M. Rider, who, being first duly sworn on oath deposed and said that he is the attorney for the Claimants as a partner in the law firm of Linebarger Goggan Blair & Sampson, LLP, and, as such, is authorized to make the foregoing claim on their behalf by virtue of a contract between his law firm and the Claimants for the collection of delinquent ad valorem taxes made pursuant to TEX. TAX CODE ANN. §6.30(c), that he has read the foregoing claim, that he has personal knowledge of each of the allegations set forth therein, and that each of those allegations is true and correct.

_____
KENT M. RIDER

SWORN TO AND SUBSCRIBED before me by KENT M. RIDER on November 24, 2009 to certify which witness my hand and seal of office.



_____
NOTARY PUBLIC, STATE OF TEXAS

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing claim was served by certified United States mail, postage prepaid, item No. 7008 3230 0001 1893 4847 on November 24, 2009 addressed to:

Mr. David R. Ferguson
Assistant United States Attorney
P.O. Box 1524
Fort Smith, AR 72902

_____
KENT M. RIDER

*Forfeit\Gonzales County/7341 US 183/claim*
*November 24, 2009*