IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|           Plaintiff | ) | |
| | ) | No. 2:09CR20059 |
| v. | ) | |
| | ) | |
| | ) | |
| JUAN AMADOR-VILLANUEVA | ) | |
|           Defendant | ) | |

## AMENDED FINAL ORDER OF FORFEITURE AS TO THIRD PARTIES

On July 22, 2010, the Court entered a Final Order of Forfeiture in this case in accordance with Fed. R. Crim. P. 32.2(b)(4)(A). On July 27, 2010, this Court entered an Amended Final Order of Forfeiture, correcting the scrivener's error in the Final Order of Forfeiture. Under Fed. R. Crim. P. 32.2(b)(4)(A), the Final Order of Forfeiture became final as to the defendant at the time of his sentencing.

The Amended Final Order of Forfeiture reflected that from November 18, 2009, through December 17, 2009, the United States published on an official government internet site (forfeiture.gov) for at least 30 days a Notice of Forfeiture Action, as required by law, and on March 15, 2010, the United States filed its Proof of Publication of said notice. The notice notified all third parties of their rights to petition the Court within thirty (30) days of the publication for a hearing to adjudicate the validity of their alleged legal interest in the properties subject to foreclosure. See Document 20.

The United States has filed a Motion for an Amended Final Order of Forfeiture as to Third Parties. In its motion, the United States conceded error as to its earlier publication, in that the publication listed only the real property forfeited from the defendant, but did not list other assets seized from the defendant as listed in the Preliminary Order of Forfeiture.

On October 19, 2010, the United States filed a Proof of Publication showing that the currency seized from the bank accounts, the heavy equipment and vehicles seized from the defendant were published for 30 consecutive days, as required by law. In its Motion for an Amended Final Order of Forfeiture as to Third Parties, the United States has stated that no third party claims have been filed or received by the United States.

Under Fed. R. Crim. P. 32.2(b)(4)(A), an order of forfeiture becomes final as to a defendant at sentencing. Under the law, the defendant's interest in the property has been extinguished, and the requirement of publishing notice is to provide notice to potential third parties to assert any interest the third party may have in the seized property.

Under Fed. R. Crim. P. 32.2(c)(2), if no third party claims have been filed, a preliminary order will become a final order if no third parties file a claim.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. The Amended Final Order of Forfeiture filed on July 27, 2010, is hereby incorporated by reference.

2. No third party claims have been filed, and no ancillary proceeding is required to adjudicate third party claims.

3. Proper notice to potential third parties having been given as required by law, and no third claims having been filed, the Final Order of Forfeiture entered on July 22, 2010 shall become final at this time.

IT IS SO ORDERED this 25 day of October, 2010.

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

OCT 2 6 2010

CHRIS R. JOHNSON, Clerk
By
    Deputy Clerk

HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE